UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESSICA SMITH,
on behalf of herself and a class,

        Plaintiff,

   v.                                                                Case No. 17-C-769

SIMM ASSOCIATES, INC.,

        Defendant.

## ORDER

Plaintiff Jessica Smith brought this putative class action against Defendant Simm Associates, Inc., alleging violations of the Fair Debt Collection Practices Act. On June 19, 2017, Plaintiff filed a motion to enter and continue her motion for class certification. She argues that her motion for class certification should be entered and continued until Defendant has appeared in this matter. Reading the motion as a motion to stay briefing on the issue, it will be granted. Though the issue is not ripe, the motion is intended as a placeholder to avoid having her class claims mooted. Accordingly, the motion for class certification is stayed, and no action need be taken on the motion at this time.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to enter and continue her motion for class certification (ECF No. 11) is **GRANTED**.

Dated this   20th   day of June, 2017.

                                                                  s/ William C. Griesbach
                                                                  William C. Griesbach, Chief Judge
                                                                  United States District Court